■ In the Matter of JAMES B., Appellant, v REGINA D.S., Respondent. [17 NYS3d 642]—

Order, Family Court, New York County (Susan R. Larabee, J.), entered on or about June 23, 2014, which denied petitioner's objection to an order dismissing his petition for downward modification of an order of child support, unanimously affirmed, without costs.

Petitioner failed to meet his burden of establishing the existence of a substantial change of circumstances sufficient to warrant a downward modification of child support (*O'Brien v McCann*, 249 AD2d 92, 92 [1st Dept 1998]). Petitioner failed to show that he lost his job through no fault of his own (*see id.* at 93).

We have considered petitioner's remaining contentions, including those regarding his paternity and respondent's default, and find them unavailing. Concur—Friedman, J.P., Sweeny, Saxe, Moskowitz and Gische, JJ.